# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FOND DU LAC BAND OF LAKE SUPERIOR CHIPPEWA, <br><br> Plaintiff, <br><br> v. <br><br> CHERYL L. NEWTON, Acting Region 5 Administrator – Environmental Protection Agency; JANE NISHIDA, Acting Administrator of the Environmental Protection Agency; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> and <br><br> COL. KARL JANSEN, District Engineer, St. Paul District, U.S. Army Corps of Engineers; JOHN E. WHITLEY, Acting Secretary of the Army; U.S. ARMY CORPS OF ENGINEERS, <br><br> Federal Defendants, <br><br> POLYMET MINING INC., <br><br> Defendant-Intervenor. | Case No. 19-cv-2489-PJS-LIB |

### ORDER GRANTING FEDERAL
### DEFENDANTS' UNOPPOSED MOTION FOR
### VOLUNTARY REMAND OF ONE ISSUE AND STAY

BEFORE THE COURT is Federal Defendants' Unopposed Motion for Voluntary Remand of One Issue and Stay. Upon consideration of the Motion and the materials submitted in support of that motion, the Court finds that, for good cause shown, the Federal

Defendants' Unopposed Motion for Voluntary Remand of One Issue and Stay will be GRANTED.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Federal Defendant's Motion for Voluntary Remand of One Issue and Stay is **GRANTED:**

    a. EPA is ordered to reconsider, re-review, or modify its lack of notice to the Band under Clean Water Act (CWA) Section 401(a)(2) and make a determination in light of the Court's order of February 16, 2021 (ECF No. 77).

    b. The remaining causes of action in the Band's Amended Complaint are stayed pending the outcome of EPA's determination under CWA Section 401(a)(2), including the deadline to submit a Joint Rule 26(f) Report by March 5, 2021.

    c. EPA is ordered to submit a notice to this Court ninety days after the date of this Order, reporting on the status of the proceedings on the remanded issue.

SO ORDERED on this 8th day of March, 2021.

_____
HON. PATRICK J. SCHILTZ
UNITED STATES DISTRICT JUDGE