# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FOND DU LAC BAND OF LAKE SUPERIOR CHIPPEWA,<br><br>    Plaintiff,<br><br>v.<br><br>DEBRA SHORE, Region 5 Administrator – Environmental Protection Agency; MICHAEL REGAN, Administrator of the Environmental Protection Agency; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    and<br><br>COL. ERIC R. SWENSON, District Engineer, St. Paul District, U.S. Army Corps of Engineers; CHRISTINE WORMUTH, Secretary of the Army; U.S. ARMY CORPS OF ENGINEERS,<br><br>    Federal Defendants,<br><br>POLYMET MINING INC.,<br><br>    Defendant-Intervenor. | Case No. 19-cv-2489-PJS-LIB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

    Based upon the Stipulation for Dismissal filed by the parties on November 6, 2023 [ECF No. 109],

    IT IS ORDERED that this action is dismissed without prejudice and without costs to any party.

2

DATED:  November 6, 2023         s/Patrick J. Schiltz
                                 Patrick J. Schiltz, Chief Judge
                                 United States District Court

-

2

DATED:  November 6, 2023		s/Patrick J. Schiltz
					Patrick J. Schiltz, Chief Judge
					United States District Court